| Date | Pleading Number | |
|---|---|---|
| 7/7/72 | 1 | NOTICE OF MOTION, SUPPORTING BRIEF, AFFIDAVIT of Service Appendixes attached as exhibits. SOUTHERN CALIFORNIA RAPID TRANSIT DISTRICT (plaintiffs) |
| 7/11/72 | | DADE COUNTY V. GOODYEAR TIRE AND RUBBER CO. S.D.FLA 72-826-Civ-JLK UniROYAL V. TRANSIT CO. OF PALM BEACH, S.D. FLA 71-1671-CF BRENNER v. GOODYEAR TIRE AND RUBBER, W.D.MO, 20411-4 SCO entered today. Notified counsel and involved judges. |
| 7/19/72 | 2 | D. L. BENNER, ET. AL., ETC. V. GOODYEAR TIRE AND RUBBER COMPANY, ET AL., W.D. Mo., No. 2011-4 Response of Pltf. Brenner, et al., to SCO |
| 7/21/72 | | GOODYEAR TIRE AND RUBBER CO., requested an extension of time to file and serve the response to OSC (def.) ORDER entered today granting extension of time of all (defs) to and including August 4, 1972 |
| 7/21/72 | 3 | CITY OF CLEVELAND, SOUTHERN CALIFORNIA RAPID TRANSIT District, ALAMEDA-CONTRA COSTA TRANSIT District, Movants Brief Contra motion for pretrial transfer w/certificate of service |
| 7/25/72 | | D.L. BRENNER, ET AL., ETC. V. GOODYEAR TIRE AND RUBBER CO., ET AL., Notice of filing order to the Response to the OSC w/affidavit of service (See pleading No. 2) |
| 7/27/72 | 4 | D.L. BRENNER, ET AL., ETC. Brief in opposition to motion for pretrial transfer to the C.D. Cal. Affidavit of Service |
| 8/1/72 | 5 | DADE COUNTY V. GOODYEAR TIRE AND RUBBER CO., ET AL., (S.D. FLA., No. 72-826-Civ-Cf and Uniroyal Inc. v. Transit Co. of the Palm Beaches, Inc., et al., S.D. Fla., No. 71-1672-CF Response to Order to Show Cause Certificate of Service |
| 8/4/72 | 6 | JOINT Response of Defendants to Motion and Order to Show Cause for Consolidated Pretrial Proceedings w/cert. of service |
| 8/10/72 | 7 | D. L. BRENNER, TEXAS BUS LINES AND FORT WORTH TRANSIT CO. motion and brief for pretrial transfer to the W.D. of Mo. w/cert of service. |
| 8/21/72 | 8 | CONTRA defendants response to motion w/cert. of service |
| 9/5/72 | | HEARING ORDER - A-1 through B-3, Oct. 4, 1972, New Orleans, La. |
| 11/17/72 | | OPINION AND ORDER - Consolidating litigation (A-1 through B-3) in the Western District of Missouri and assigning to Judge Elmo B. Hunter for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 11/17/72 | | CONSENT OF TRANSFEREE COURT (Chief Judge William H. Becker) for Judge Elmo B. Hunter to handle litigation |
| 3/27/75 | | UNIROYAL INC. V. TRANSIT CO. OF THE PALM BEACHES, ET AL., V. UNIROYAL CONDITIONAL REMAND ORDER -- (re: Univroyal v. Transit Co. of the Palm Beaches, et al.) Notified counsel, involved judge. |
| 3/27/75 | | City of Culver City, Santa Cruz Metropolitan Transit District v. Goodyear Tire & Rubber Co., et al., C.D. Calif., CV-75-795 CTO FILED TODAY. Notified counsel, involved judges. |
| 4/11/75 | | UNIROYAL INV V. TRANSIT OF PLAM BEACHES V. UNIROYAL, W.D.MO. 20690-4 Conditional Remand Order effective today remanding first claim Notified clerks and involved judges |
| 4/11/75 | | City of Culver City v. Uniroyal, C.D. Calif, CV75-795 CTO EFFECTIVE TODAY. Notified clerks, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 4/17/75 | | AMBROSE BUS SVC., INC. V. GOODYEAR TIRE AND RUBBER, E.D.PA., 75-945 |
| | | METRO. TRANSIT AREA V. GOODYEAR TIRE AND RUBBER, D. MINN., 4-75-144 |
| | | SOUTHWESTERN PA. TRANS. AUTHORITY V. GOODYEAR TIRE & RUBBER CO. E.D.PA., 75-891 |
| | | CTOs filed today.  Notified counsel, involved judges. |
| 4/24/75 | | KANSAS EX. REL SCHNEIDER V. GOODYEAR TIRE AND RUBBER, D. Kan. 75-66-C5 |
| | | CTO filed today.  Notified counsel, involved judges. |
| 5/2/75 | | AMBROSE BUS SVC., INC. V. GOODYEAR TIRE AND RUBBER, E.D.PA. 75-945 |
| | | METRO. TRANSIT AREA V. GOODYEAR TIRE AND RUBBER, D. MINN, 4-75-144 |
| | | SOUTHWESTERN PA. TRANS. AUTHORITY V. GOODYEAR TIRE, E.D.PA., 75891 |
| | | CTO final today.  Notified involved clerks, involved judges. |
| 5/9/75 | | KANSAS, EX REL  SCHNEIDER V. GOODYEAR TIRE AND RUBBR, D. KAN 75-945 |
| | | cto Final today.  Notified transferee clerk, involved judges |

DOCKET NO. 111 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE TRANSIT COMPANY TIRE ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 10/4/72

Date(s) of Opinion(s) or Order(s): 11/17/72  350 F.Supp 1165 (1972)

Consolidation Ordered: ✓     Name of Transferee Judge: Elmo B. Hunter

Consolidation Denied: ___     Transferee District: W.D. Missouri  (866)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Southern California Rapid Transit District, et al. v. Goodyear Tire & Rubber Co., et al. | C.D.Cal. Whelan | 72-1479-FW | 11/17/72 | 20686-4 | 12/14/79 | 1/22 Motion-ptf. A-1--7/7/72 |
| A-2 | City and County of San Francisco v. Goodyear Tire & Rubber Co., et al. | N.D.Cal. Peckham | 72-1183-RFP | 11/17/72 | 20687-4 | 2/09/79 | 1/22 " " |
| A-3 | City of Cleveland, etc. v. Goodyear Tire & Rubber Co., et al. | E.D. Pa. Huyett | 72-718 | 11/17/72 | 20688-4 | 6/30/80 | 1/22 " 12/6/72 |
| B-1 | Dade County v. Goodyear Tire and Rubber Co., et al. | S.D.Fla King / Fulton | 72-826-Civ-JLK | 11/17/72 | 20689-4 | 9/13/76 | 11/22 SCO 7/11/72 |
| B-2 | Uniroyal Inc. v. Transit Co. of the Palm Beaches, Inc., et al. CRO certain claims 3/27/75 | S.D.Fla Fulton | 71-1672-Civ-CF | 11/17/72 | 20690-4 | pending 6/30/80 | 1/22 SCO 7/11/72 |
| B-3 | D. L. Brenner, et al. v. Goodyear Tire and Rubber Co., et al | W.D.Mo Hunter | 20411-4 | | | 6/30/80 | SCO 7/11/72 ✓ |
| | O+O, Nov. 17, 1972  W.D. Mo. | | | | | | |
| C-1 | City of Culver City, Santa Cruz Metropolitan Transit District v. Goodyear Tire & Rubber Co., et al.  3/27/75 | C.D.Cal | CV75-796 | 4/11/75 | 75CV408-W | 4/1-4/80 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-2 | Ambrose Bus Service, Inc., et al. v. Goodyear Tire and Rubber Co., et al. 4/17 | ED Penna. Troutman | 75-945 | 5/2/75 | 75CV344-W-4 | 6/30/80 | |
| C-3 | Metropolitan Transit Area, etc. v. Goodyear Tire and Rubber Co. et al. 4/17 | D. Minn Alsop | 4-75-144 | 5/2/75 | 75CV279-W-4 | 6/30/80 | |
| C-4 | Southeastern Penna. Trans. Authority v. Goodyear Tire and Rubber Co. 4/17 | E.D.Pa. Troutman | 75-891 | 5/2/75 | 75CV307-W-4 | 6/30/80 | |
| C-5 | State of Kansas, ex rel v. Goodyear Tire and Rubber Co., et al. 4/24/75 | D. Kansas Theis | 75-0066-C5 | 5/9/75 | 75CV342-W-4 | 1/26/77 | |
| D-6 | Kansas City Area Transp. Authority of Kansas City, et al. v. Goodyear Tire & Rubber Co. | W.D.Mo. | 75 CV128-W-4 | | | 5/21/80 | (added & desm. 6/4/80) |
| D-7 | Ft. Worth Transit Co. v. Goodyear | W.D.Mo. | 75-129-W-4 | | | 5/21/80 | same |

July 1977

July 1979 —
4 DIS / 7 Pdg

July 1980 — 10 TR; 3 X42's; 7 Diad; 6 Pending

p. \_\_\_\_\_

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 111 -- IN RE TRANSIT COMPANY TIRE ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| LIAISON COUNSEL FOR PLAINTIFFS APPOINTED BY JUDGE HUNGER 2/5/73<br><br>Harry Thomson, Jr., Esq.<br>Shughart, Thomson & Kilroy<br>914 Commerce Bank Building<br>Kansas City, Missouri 64106 | LIAISON COUNSEL FOR DEFENDANTS APPOINTED BY JUDGE HUNTER 2/5/73<br><br>Alvin D. Shapiro, Esquire<br>Stinson, Mag, Thomson, McEvers & Fizzell<br>Suite 2100, Ten Main Center<br>Kansas City, Missouri 64105 |
| C-1 Harold R. Collins, Jr., Esq.<br>Same As. (A-1)<br><br>AMBROSE BUS SERVICE, INC. (C-2)<br>David Berger, Esq.<br>1622 Locust Street<br>Philadelphia, Pa. 19103<br><br>Harold E. Kohn, Esq.<br>1214 IVB Building<br>1700 Market Street<br>Philadelphia, Pa. 19103<br><br>SOUTHEASTERN PENNA. TRANSIT AUTHORITY (C-4)<br>Edward F. Mannio, Esq.<br>2600 The Fidelity Bldg.<br>Philadelphia, Pa.<br><br>METROPOLITAN TRANSIT AREA (C-3)<br>David S. Doty, Esq.<br>Popham, Haik, Schnobrich, Kaufman<br>4344 IDS Center<br>Minneapolis, Minn. 55402<br><br>STATE OF KANSAS (C-5)<br>Curt Schneider, Esq.<br>Attorney General of the State of Kansas<br>State House<br>Topeka, Kansas 66612 | General Tire & Rubber Co.<br><br>William E. Willis, Esq.<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 111 -- IN RE TRANSIT COMPANY TIRE ANTITRUST LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Goodyear Tire & Rubber Co. | A-1--A-3  B-1  B-3  C-2  C-3  C-4  C-5 |
| Firestone Tire & Rubber Co. | A-1 thru A-3  B-1  B-3  C-2  C-3  C-4  C-5 |
| Uniroyal, Inc. | A-1 thru A-3  B-1  B-3  C-2  C-3  C-4  C-5 |
| B. F. Goodrich Co. | A-1 thru A-3  B-1  B-3  C-2  C-3  C-4  C-5 |
| General Tire & Rubber Co. | A-1 thru A-3  B-1  B-3  C-2  C-3  C-4  C-5 |
| Transit Co of Palm Beaches, Inc. | B-2 |
| Turfway Lines, Inc. | B-2 |
| Transit Co of Daytona Beach, Inc. | B-2 |